COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Creative Chateau, LLC v. The City of Houston

Appellate case number:    01-21-00327-CR

Trial court case number:    2019-44108

Trial court:                        215th District Court of Harris County

Appellant, Creative Chateau, LLC, has filed an "Unopposed Motion to Substitute Counsel," requesting that Daniel W. Jackson and Daniel Gierut be permitted to withdraw, and Misty Hataway-Coné be substituted as counsel of record in this appeal. According to the motion, appellant "approves this substitution and designation[.]" Accordingly, the motion states that "[u]pon approval of the Court, Appellant designates Misty Hataway-Coné, and the law firm of Coné PLLC, 1005 Heights Blvd., Houston, Texas, 77008, (713) 955-2729, as lead appellate counsel in this matter." *See* TEX. R. APP. P. 6.5(d).

The motion does not confirm that "the withdrawing attorney" complied with the delivery requirements set forth in Texas Rule of Appellate Procedure 6.5. Specifically, the motion does not confirm that Jackson or Gierut, as the withdrawing attorneys, "delivered [the motion] to [appellant] in person or [by] mail[]." *See* TEX. R. APP. P. 6.5(d). Because the motion fails to comply with the requirements of rule 6.5(d), the motion is **denied**. However, nothing in this order prevents appellant from filing a renewed request for substitution of counsel in compliance with the Texas Rules of Appellant Procedure.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
                            ☑ Acting individually     ☐ Acting for the Court

Date: _____February 2, 2023_____